**EXHIBIT 1**

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of New York

In re  The Christian Brothers' Institute  
Debtor(s)

Case No. 11-22820 (RDD)  
Chapter 11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| A.C.<br>c/o Rebecca Roe, Esq.<br>810 Third Avenue, Ste. 500<br>Seattle, WA 98104 | A.C.<br>c/o Rebecca Roe, Esq.<br>810 Third Avenue, Ste. 500<br>Seattle, WA 98104 | Tort Claim | Unliquidated<br>Disputed | Unknown |
| A.C.<br>c/o Mark Leemon, Esq.<br>2505 Second Avenue, Ste. 610<br>Seattle, WA 98121 | A.C.<br>c/o Mark Leemon, Esq.<br>2505 Second Avenue, Ste. 610<br>Seattle, WA 98121 | Tort Claim | Unliquidated<br>Disputed | Unknown |
| A.S.<br>c/o Michael T. Pfau, Esq.<br>701 5th Avenue, Suite 4730<br>Seattle, WA 98104 | A.S.<br>c/o Michael T. Pfau, Esq.<br>701 5th Avenue, Suite 4730<br>Seattle, WA 98104 | Tort Claim | Unliquidated<br>Disputed | Unknown |
| A.S. c/o Geoffrey Budden, Esq.<br>184 Park Avenue<br>Mount Pearl, NL A1N1K8<br>CANADA | A.S. c/o Geoffrey Budden, Esq.<br>184 Park Avenue<br>Mount Pearl, NL A1N1K8<br>CANADA | Tort Claim | Unliquidated<br>Disputed | Unknown |
| C.A. c/o Geoffrey Budden, Esq.<br>184 Park Avenue<br>Mount Pearl, NL A1N1K8<br>CANADA | C.A. c/o Geoffrey Budden, Esq.<br>184 Park Avenue<br>Mount Pearl, NL A1N1K8<br>CANADA | Tort Claim | Unliquidated<br>Disputed | Unknown |
| Christian Brothers Foundation<br>33 Pryer Terrace<br>New Rochelle, NY 10804 | Christian Brothers Foundation<br>33 Pryer Terrace<br>New Rochelle, NY 10804 | Loan | | 1,812,500.00 |
| D.B. c/o Richard Rogers<br>102-104 LeMarchant Road, #300<br>St. John's, NL A1C2H2<br>CANADA | D.B. c/o Richard Rogers<br>102-104 LeMarchant Road, #300<br>St. John's, NL A1C2H2<br>CANADA | Tort Claim | Unliquidated<br>Disputed | Unknown |
| D.B. c/o Roebothan McKay<br>34 Harvey Road<br>St. John's, NL A1C5W1<br>CANADA | D.B. c/o Roebothan McKay<br>34 Harvey Road<br>St. John's, NL A1C5W1<br>CANADA | Tort Claim | Unliquidated<br>Disputed | Unknown |

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| D.C.<br>c/o Rebecca Roe, Esq.<br>810 Third Avenue, Ste. 500<br>Seattle, WA 98104 | D.C.<br>c/o Rebecca Roe, Esq.<br>810 Third Avenue, Ste. 500<br>Seattle, WA 98104 | Tort Claim | Unliquidated<br>Disputed | Unknown |
| D.C.<br>c/o Mark Leemon, Esq.<br>2505 Second Avenue, Ste. 610<br>Seattle, WA 98121 | D.C.<br>c/o Mark Leemon, Esq.<br>2505 Second Avenue, Ste. 610<br>Seattle, WA 98121 | Tort Claim | Unliquidated<br>Disputed | Unknown |
| D.F.P. c/o Geoffrey Budden<br>184 Park Avenue<br>Mount Pearl, NL  A1N1K8<br>CANADA | D.F.P. c/o Geoffrey Budden<br>184 Park Avenue<br>Mount Pearl, NL  A1N1K8<br>CANADA | Tort Claim | Unliquidated<br>Disputed | Unknown |
| D.J.P. c/o Robert Buckingham<br>81 Bond Street<br>St. John's, NL A1C1T2<br>CANADA | D.J.P. c/o Robert Buckingham<br>81 Bond Street<br>St. John's, NL A1C1T2<br>CANADA | Tort Claim | Unliquidated<br>Disputed | Unknown |
| D.P.<br>c/o Michael T. Pfau, Esq.<br>701 5th Avenue, Suite 4730<br>Seattle, WA 98104 | D.P.<br>c/o Michael T. Pfau, Esq.<br>701 5th Avenue, Suite 4730<br>Seattle, WA 98104 | Tort Claim | Unliquidated<br>Disputed | Unknown |
| D.W. c/o Geoffrey Budden, Esq.<br>184 Park Avenue<br>Mount Pearl, NL  A1N1K8<br>CANADA | D.W. c/o Geoffrey Budden, Esq.<br>184 Park Avenue<br>Mount Pearl, NL  A1N1K8<br>CANADA | Tort Claim | Unliquidated<br>Disputed | Unknown |
| D.W. c/o Geoffrey Budden, Esq.<br>184 Park Avenue<br>Mount Pearl, NL  A1N1K8<br>CANADA | D.W. c/o Geoffrey Budden, Esq.<br>184 Park Avenue<br>Mount Pearl, NL  A1N1K8<br>CANADA | Tort Claim | Unliquidated<br>Disputed | Unknown |
| E.F. c/o Geoffrey Budden, Esq.<br>184 Park Avenue<br>Mount Pearl, NL  A1N1K8<br>CANADA | E.F. c/o Geoffrey Budden, Esq.<br>184 Park Avenue<br>Mount Pearl, NL  A1N1K8<br>CANADA | Tort Claim | Unliquidated<br>Disputed | Unknown |
| E.H. c/o Geoffrey Budden, Esq.<br>184 Park Avenue<br>Mount Pearl, NL  A1N1K8<br>CANADA | E.H. c/o Geoffrey Budden, Esq.<br>184 Park Avenue<br>Mount Pearl, NL  A1N1K8<br>CANADA | Tort Claim | Unliquidated<br>Disputed | Unknown |
| E.P. c/o Geoffrey Budden, Esq.<br>184 Park Avenue<br>Mount Pearl, NL  A1N1K8<br>CANADA | E.P. c/o Geoffrey Budden, Esq.<br>184 Park Avenue<br>Mount Pearl, NL  A1N1K8<br>CANADA | Tort Claim | Unliquidated<br>Disputed | Unknown |

B4 (Official Form 4) (12/07) - Cont.

In re  The Christian Brothers' Institute  Case No. 11-22820 (RDD)

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| E.T. c/o Geoffrey Budden, Esq. 184 Park Avenue Mount Pearl, NL A1N1K8 CANADA | E.T. c/o Geoffrey Budden, Esq. 184 Park Avenue Mount Pearl, NL A1N1K8 CANADA | Tort Claim | Unliquidated Disputed | Unknown |
| Ridgewood Savings Bank 71-02 Forest Avenue Ridgewood, NY 11385 | Ridgewood Savings Bank 71-02 Forest Avenue Ridgewood, NY 11385 | Guarantor of Loan | Unliquidated | 150,000.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Vice-President of the Not-for-Profit Corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  April 28, 2011          Signature  /s/ Brother Kevin Griffith
                                         Brother Kevin Griffith
                                         Vice-President

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.