# EXHIBIT 2

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

In the Matter of:

THE CHRISTIAN BROTHERS' INSTITUTE,

Debtor.

Case No. 11-22820 (RDD)

Chapter 11

## LIST OF CREDITORS HOLDING 5 LARGEST SECURED CLAIMS

*Following is a list of the debtor's creditors holding the 5 largest secured claims. The list is prepared in accordance with Rule 1007-2(a)(5) of the Local Rules of this court for the filing in this Chapter 11 case.*

| NAME OF CREDITORS AND COMPLETE MAILING ADDRESS (INCLUDING ZIP CODE) | NAME, TELEPHONE NUMBER AND COMPLETE MAILING ADDRESS (INCLUDING ZIP CODE) OF EMPLOYEE, AGENT, OR DEPARTMENT (IF DIFFERENT FROM MAILING ADDRESS) OF CREDITOR FAMILIAR WITH CLAIM | AMOUNT OF CLAIM | DESCRIPTION AND EST. VALUE OF COLLATERAL SECURING CLAIM |
|---|---|---|---|
| Country Bank<br>655 Third Avenue<br>New York, NY 10017 | | $5,000,000.00 | Lien on various fee owned real estate and a cash collateral account. |
| Canandaigua National Bank<br>72 South Main Street<br>Canandaigua, NY 14424 | | $1,500,000.00 | Lien on 125 Kings Highway South, Rochester, NY. |

## DECLARATION UNDER PENALTY OF PERJURY

I, Brother Kevin Griffith, Vice-President of The Christian Brothers' Institute, the debtor in this case, declare under penalty of perjury that I have read the foregoing list of creditors holding the five (5) largest secured claims and that it is true and correct to the best of my information and belief.

Dated: New York, New York
       April 28, 2011

/s/ Brother Kevin Griffith
Brother Kevin Griffith
Vice-President