# EXHIBIT 3

## THE CHRISTIAN BROTHERS' INSTITUTE
## SUMMARY OF ASSETS AND LIABILITIES

| ASSETS | |
|---|---|
| Cash in Operating Accounts | $300,000.00 |
| Cash Collateral on Deposit with Country Bank | $533,000.00 |
| Accounts Receivable | $100,000.00 |
| Pre-Paid Expenses | $25,000.00 |
| Personal Property and Equipment | $50,000.00 |
| Vehicles | $300,000.00 |
| Real Property | $73,000,000.00 |
| **Total Assets** | **$73,948,000.00** |

| LIABILITIES | |
|---|---|
| Secured Debt | $6,500,000.00 |
| Loans Payable | $150,000.00 |
| Contingent Liability to Tort Claimants | Unknown |
| **Total Liabilities** | **Unknown** |

{Client\001718\BANK376\00359708.DOC;1}