UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:                                        :    Chapter 11
                                              :
The Christian Brothers' Institute, et al.     :    Case No. 11 B 22820 (RDD)
                                              :
                                    Debtors.  :    (Jointly Administered)
-----------------------------------------------------------x

## APPOINTMENT OF
## OFFICIAL COMMITTEE OF UNSECURED CREDITORS

On May 11, 2011, Tracy Hope Davis, the United States Trustee for Region 2, under 11 U.S.C. §§ 1102(a) and (b), appointed the following unsecured creditors who are willing to serve on the Official Committee of Unsecured Creditors of The Christian Brothers' Institute and affiliated debtors in possession.

1. William Shanks

2. Thomas James

3. Joseph Shanks

4. Edwin Fowler

5. James J. Eason

6. William Williams


Dated: New York, New York
       May 19, 2011

                                    TRACY HOPE DAVIS
                                    UNITED STATES TRUSTEE

                            By:     /s/ Paul K. Schwartzberg
                                    Paul K. Schwartzberg
                                    Trial Attorney
                                    33 Whitehall Street, 21st Floor
                                    New York, New York 10004
                                    Tel. No. (212) 510-0500