B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Southern District of New York

In re    **The Christian Brothers' Institute**

Debtor

Case No.  __11-22820 (RDD)__

Chapter_____**11**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 2 | 62,464,000.00 | | |
| B - Personal Property | Yes | 4 | 954,267.00 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 6,500,000.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 20 | | 1,984,853.19 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 30 | | | |
| Total Assets | | | 63,418,267.00 | | |
| Total Liabilities | | | | 8,484,853.19 | |

B6A (Official Form 6A) (12/07)

In re    **The Christian Brothers' Institute**                                    Case No.    **11-22820 (RDD)**

_____
Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| 117 North 10th Ave., Mount Vernon, NY 10550 | Fee simple | - | 535,000.00 | 0.00 |
| 260 Wilmot Rd., New Rochelle, NY 10804 | Fee simple | - | 1,700,000.00 | 5,000,000.00 |
| 21 Pryer Terrace, New Rochelle, NY 10804 | Fee simple | - | 1,600,000.00 | 0.00 |
| 33 Pryer Terrace, New Rochelle, NY 10804 | Fee simple | - | 1,280,000.00 | 0.00 |
| Pryer Terrace (Vacant Land), New Rochelle, NY 10804<br>Section 3, Block 1024, Lot 21 | Fee simple | - | 880,000.00 | 0.00 |
| 1850 Broadway/Route 9W, Esopus, NY 12493 Upper Parcel | Fee simple | - | 2,250,000.00 | 5,000,000.00 |
| Residential Vacant Land, Esopus, NY 12493<br>Section 79.2, Block 1, Lot 24 | Fee simple | - | 34,000.00 | 0.00 |
| 33 Beechmont Dr., New Rochelle, NY 10804 | Fee simple | - | 1,600,000.00 | 0.00 |
| 125 Kings Highway S., Rochester, NY 14617 | Fee simple | - | 10,000,000.00 | 1,500,000.00 |
| 29 Montgomery Pl., New Rochelle, NY 10804 | Fee simple | - | 1,090,000.00 | 0.00 |
| 53 Montgomery Pl., New Rochelle, NY 10804 | Fee simple | - | 1,400,000.00 | 0.00 |
| Stratton Rd. (Vacant Land), New Rochelle, NY 10804<br>Section 7, Block 3064, Lot 1 | | | 3,350,000.00 | 0.00 |
| 74 West 124th St., New York, NY 10027 | Fee simple | - | 15,500,000.00 | 5,000,000.00 |
| 30 Montgomery Circle, New Rochelle, NY 10804 | Fee simple | - | 9,835,000.00 | 0.00 |
| 1850 Broadway/Route 9W, Esopus, NY 12493 Lower Parcel | Fee simple | - | 935,000.00 | 5,000,000.00 |

|  | | Sub-Total > | 51,989,000.00 | (Total of this page) |

___1___   continuation sheets attached to the Schedule of Real Property

B6A (Official Form 6A) (12/07) - Cont.

In re    **The Christian Brothers' Institute**                                          Case No.    **11-22820 (RDD)**
                                                          Debtor

# SCHEDULE A - REAL PROPERTY
### (Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **71 Beechmont Dr., New Rochelle, NY 10804** | **Fee simple** | - | **1,150,000.00** | **0.00** |
| **173 Stratton Rd., New Rochelle, NY 10804** | **Fee simple** | - | **9,325,000.00** | **0.00** |

|  |  |  |
|---|---|---|
| Sub-Total > | **10,475,000.00** | (Total of this page) |
| Total > | **62,464,000.00** | |

(Report also on Summary of Schedules)

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Real Property

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re   **The Christian Brothers' Institute**                                    Case No.   **11-22820 (RDD)**
                                                    Debtor

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.   Cash on hand | | **Petty Cash** | - | 3,000.00 |
| 2.   Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Cash and cash equivalents Located at JP Morgan Chase in Operating Account and Payroll Account** | - | 74,868.00 |
| | | **Country Bank (Interest Reserve Account) 655 Third Avenue New York NY 10017-0000** | - | 508,020.00 |
| 3.   Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.   Household goods and furnishings, including audio, video, and computer equipment. | | **Various kitchen items, including refrigerator, stove, and microwave Location: 33 Pryer Terrace, New Rochelle NY 10804** | - | Unknown |
| 5.   Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Miscellaneous books, pictures and art Location: 33 Pryer Terrace, New Rochelle NY 10804** | - | Unknown |
| 6.   Wearing apparel. | X | | | |
| 7.   Furs and jewelry. | X | | | |
| 8.   Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.   Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Maryland Casualty Co. Policy No. CB28110713** | - | Unknown |
| | | **Pacific Indemnity Company Policy No. LAC173510** | - | Unknown |
| 10.  Annuities. Itemize and name each issuer. | X | | | |

|  |  | Sub-Total > | 585,888.00 |
|---|---|---|---|
|  |  | (Total of this page) |  |

___**3**___  continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **The Christian Brothers' Institute**                                Case No.    **11-22820 (RDD)**
_____
Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | Accounts receivable<br>Location: 21 Pryer Terrace, New Rochelle NY 10804 | - | 123,195.00 |
| | | Grants Receivable<br>Location: 21 Pryer Terrace, New Rochelle NY 10804 | - | 86,500.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >    **209,695.00**
(Total of this page)

Sheet _**1**_ of _**3**_ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **The Christian Brothers' Institute**                                               ,    Case No.    **11-22820 (RDD)**
                                                Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **See annexed Schedule B-25.** | - | **Unknown** |
| | | **Golf cart** | - | **1,000.00** |
| | | **Back hoe** | - | **1,500.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Various items of office furniture, including 9 tables, 19 desks, 48 chairs, 40 file cabinets and 13 credenzas**<br>**Location: 21 Pryer Terrace, New Rochelle NY 10804** | - | **Unknown** |
| | | **Various items of office equipment, including 15 pc's-desktop, 3 pc's-laptop, 13 printers, 35 telephones, 2 servers, 2 faxes, tape back-up, shredder**<br>**Location: 21 Pryer Terrace, New Rochelle NY 10804** | - | **Unknown** |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| | | | Sub-Total > (Total of this page) | **2,500.00** |

Sheet  **2**  of  **3**   continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **The Christian Brothers' Institute**                                    Case No.   **11-22820 (RDD)**
                            Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **Location: 21 Pryer Terrace, New Rochelle NY 10804 Prepaid expenses and other assets** | - | 156,184.00 |

|  | Sub-Total > | 156,184.00 |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | 954,267.00 |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

The Christian Brothers' Institute
Case No. 11-22820 (RDD)

Schedule of Assets and Liabilities Schedule B-25

| | | Year | Vehicle | Location | Value |
|---|---|---|---|---|---|
| | | 1999 | Toyota Camry | New Rochelle, NY | Unknown |
| | | 2000 | Mazda 626 | New Orleans, LA | Unknown |
| | | 2002 | Toyota Camry | New Rochelle, NY | Unknown |
| | | 2002 | Toyota Camry | Elizabeth, NJ | Unknown |
| | | 2002 | Toyota Camry | New Rochelle, NY | Unknown |
| | | 2002 | Mazda Protege | New Rochelle, NY | Unknown |
| | | 1997 | Ford Escort | Brooklyn, NY | Unknown |
| | | 2000 | Ford Focus | New Rochelle, NY | Unknown |
| | | 2002 | Ford Focus | New Orleans, LA | Unknown |
| | | 2005 | Toyota | Elizabeth, NJ | Unknown |
| | | 2003 | Mazda | New Orleans, LA | Unknown |
| | | 2002 | Saturn | Elizabeth, NJ | Unknown |
| | | 2003 | Mercury Sable | Elizabeth, NJ | Unknown |
| | | 2001 | Ford Focus | New Rochelle, NY | Unknown |
| | | 2004 | Honda Civic | Naples, FL | Unknown |
| | | 2006 | Nissan | New Orleans, LA | Unknown |
| | | 2006 | Nissan | New Rochelle, NY | Unknown |
| | | 2003 | Mercury Sable | Ocean Island Beach, NC | Unknown |
| | | 2006 | Mazda | New Rochelle, NY | Unknown |
| | | 2006 | Ford Taurus | New Rochelle, NY | Unknown |
| | | 2006 | Ford Focus | New Rochelle, NY | Unknown |
| | | 2005 | Mazda | West Park, NY | Unknown |
| | | 2004 | Mazda | New Rochelle, NY | Unknown |
| | | 2001 | Ford Focus | Elizabeth, NJ | Unknown |

B6D (Official Form 6D) (12/07)

In re    **The Christian Brothers' Institute**                                    Case No.    **11-22820 (RDD)**
                                                          Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS · INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | June 9, 2005 | | | | | |
| **Canandaigua National Bank** **72 South Main Street** **Canandaigua, NY 14424** | - | | **First Mortgage** **125 Kings Highway South** **Rochester, NY 14617** | | | | | |
| | | | Value $        **10,000,000.00** | | | | **1,500,000.00** | **0.00** |
| Account No. | | | 11/08 | | | | | |
| **Country Bank** **655 Third Avenue** **New York, NY 10017** | | | **First Mortgage & Cash Collateral Deposit** **260 Wilmont Road, New Rochelle, NY;** **1850 Broadway/Rte 9W, Esopus, NY; and** **74 West 124th Street, New York, NY** | | | | | |
| | | | Value $        **19,450,000.00** | | | | **5,000,000.00** | **0.00** |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |

**0**   continuation sheets attached

| | | |
|---|---|---|
| | Subtotal (Total of this page) | **6,500,000.00** | **0.00** |
| | Total (Report on Summary of Schedules) | **6,500,000.00** | **0.00** |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6E (Official Form 6E) (4/10)

In re   **The Christian Brothers' Institute**                                    Case No.   __11-22820 (RDD)__
_____
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* _Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment._

__0__   continuation sheets attached

B6F (Official Form 6F) (12/07)

In re    **The Christian Brothers' Institute**                                        Case No.    **11-22820 (RDD)**
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 09-2-11108-1 SEA | | | | | Tort Claim | | | | |
| A.C. c/o Rebecca Roe, Esq. 810 Third Avenue, Ste. 500 Seattle, WA 98104 | - | | | | | | X | X | Unknown |
| Account No. 09-2-11108-1 SEA | | | | | Tort Claim | | | | |
| A.C. c/o Mark Leemon, Esq. 2505 Second Avenue, Ste. 610 Seattle, WA 98121 | - | | | | | | X | X | Unknown |
| Account No. 10-2-30756-7 SEA | | | | | Tort Claim | | | | |
| A.S. c/o Michael T. Pfau, Esq. 701 5th Avenue, Suite 4730 Seattle, WA 98104 | - | | | | | | X | X | Unknown |
| Account No. 1999 01 T 3239 | | | | | Tort Claim | | | | |
| A.S. c/o Geoffrey Budden, Esq. 184 Park Avenue Mount Pearl, NL  A1N1K8 CANADA | - | | | | | | X | X | Unknown |

_**19**_  continuation sheets attached

Subtotal
(Total of this page)                     0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **The Christian Brothers' Institute**                                    Case No.    **11-22820 (RDD)**
                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Bernard Ho** **Damien Memorial School** **1401 Houghtailing Street** **Honolulu, HA 96817** | - | | | | | | **1,229.43** |
| Account No. **1999 01 T 3214** | | | Tort Claim | | | | |
| **C.A. c/o Geoffrey Budden, Esq.** **184 Park Avenue** **Mount Pearl, NL  A1N1K8** **CANADA** | - | | | X | | X | **Unknown** |
| Account No. | | | | | | | |
| **Christian Bros - All Saints** **33 Pryer Terrace** **New Rochelle, NY 10804** | | | | | | | **876.03** |
| Account No. | | | | | | | |
| **Christian Bros - IL** **5550 West 87th Street** **Burbank, IL 60459** | - | | | | | | **560.00** |
| Account No. | | | | | | | |
| **Christian Bros-Iona Grammar** **173 Stratton Road** **New Rochelle, NY 10804** | - | | | | | | **5,165.20** |

Sheet no. __1__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                       **7,830.66**

B6F (Official Form 6F) (12/07) - Cont.

In re    **The Christian Brothers' Institute**                                      Case No.    **11-22820 (RDD)**
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Christian Bros-Los Hermanos** <br> **PO Box 716** <br> **Bonita Springs, FL 34133** | - | | | | | | 275.00 |
| Account No. <br><br> **Christian Brothers Foundation** <br> **33 Pryer Terrace** <br> **New Rochelle, NY 10804** | - | | Loan | | | | 1,812,500.00 |
| Account No. <br><br> **Con Edison** <br> **PO Box 1702** <br> **New York, NY 10116** | | | | | | | 569.19 |
| Account No. <br><br> **Congregation of Notre Dame** <br> **3335 Country Club Road** <br> **Bronx, NY 10465** | - | | | | | | 62.95 |
| Account No. <br><br> **D.B. c/o Richard Rogers** <br> **102-104 LeMarchant Road, #300** <br> **St. John's, NL A1C2H2** <br> **CANADA** | - | | Tort Claim | | X | X | Unknown |

Sheet no. __2__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    1,813,407.14

B6F (Official Form 6F) (12/07) - Cont.

In re    **The Christian Brothers' Institute**                                          Case No.   **11-22820 (RDD)**
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | - | | Tort Claim | | X | X | |
| D.B. c/o Roebothan McKay 34 Harvey Road St. John's, NL A1C5W1 CANADA | | | | | | | | Unknown |
| Account No. 09-2-11108-1 SEA | | - | | Tort Claim | | X | X | |
| D.C. c/o Rebecca Roe, Esq. 810 Third Avenue, Ste. 500 Seattle, WA 98104 | | | | | | | | Unknown |
| Account No. 09-2-11108-1 SEA | | - | | Tort Claim | | X | X | |
| D.C. c/o Mark Leemon, Esq. 2505 Second Avenue, Ste. 610 Seattle, WA 98121 | | | | | | | | Unknown |
| Account No. 1999  01 T 3249 | | - | | Tort Claim | | X | X | |
| D.F.P. c/o Geoffrey Budden 184 Park Avenue Mount Pearl, NL  A1N1K8 CANADA | | | | | | | | Unknown |
| Account No. | | - | | Tort Claim | | X | X | |
| D.J.P. c/o Robert Buckingham 81 Bond Street St. John's, NL A1C1T2 CANADA | | | | | | | | Unknown |

Sheet no. __3__ of __19__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    The Christian Brothers' Institute                                    Case No.    11-22820 (RDD)
_____
                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **10-2-30756-7 SEA**<br><br>**D.P.**<br>**c/o Michael T. Pfau, Esq.**<br>**701 5th Avenue, Suite 4730**<br>**Seattle, WA 98104** | - | | **Tort Claim** | | X | X | **Unknown** |
| Account No. **1999 01 T 3243**<br><br>**D.W. c/o Geoffrey Budden, Esq.**<br>**184 Park Avenue**<br>**Mount Pearl, NL  A1N1K8**<br>**CANADA** | - | | **Tort Claim** | | X | X | **Unknown** |
| Account No. **1999 01 T 3244**<br><br>**D.W. c/o Geoffrey Budden, Esq.**<br>**184 Park Avenue**<br>**Mount Pearl, NL  A1N1K8**<br>**CANADA** | - | | **Tort Claim** | | X | X | **Unknown** |
| Account No.<br><br>**Dr. Andrew F. Kelly**<br>**275 North Street**<br>**Harrison, NY 10528** | - | | | | | | **120.00** |
| Account No. **1999  01 T 3224**<br><br>**E.F. c/o Geoffrey Budden, Esq.**<br>**184 Park Avenue**<br>**Mount Pearl, NL  A1N1K8**<br>**CANADA** | - | | **Tort Claim** | | X | X | **Unknown** |

Sheet no. __4__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **120.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    The Christian Brothers' Institute                              Case No.    11-22820 (RDD)
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 1999 01 T 3232 <br><br> E.H. c/o Geoffrey Budden, Esq. <br> 184 Park Avenue <br> Mount Pearl, NL  A1N1K8 <br> CANADA | - | | Tort Claim | | X | X | Unknown |
| Account No. 1999 01 T 3253 <br><br> E.P. c/o Geoffrey Budden, Esq. <br> 184 Park Avenue <br> Mount Pearl, NL  A1N1K8 <br> CANADA | - | | Tort Claim | | X | X | Unknown |
| Account No. GEB #74 <br><br> E.T. c/o Geoffrey Budden, Esq. <br> 184 Park Avenue <br> Mount Pearl, NL  A1N1K8 <br> CANADA | - | | Tort Claim | | X | X | Unknown |
| Account No. <br><br> Edmund Rice Christian Brothers <br> 4219 Constance St. <br> New Orleans, LA 70115 | - | | | | | | 321.80 |
| Account No. GEB #60 <br><br> F.J.F. c/o Geoffrey Budden <br> 184 Park Avenue <br> Mount Pearl, NL  A1N1K8 <br> CANADA | - | | Tort Claim | | X | X | Unknown |

Sheet no.  5  of  19  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)              321.80

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                     Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **The Christian Brothers' Institute**                              Case No.   **11-22820 (RDD)**
                                                            ,
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **1999  01 T 3235** <br><br> **F.M. c/o Geoffrey Budden, Esq.** <br> **184 Park Avenue** <br> **Mount Pearl, NL  A1N1K8** <br> **CANADA** | - | | | **Tort Claim** | | X | X | Unknown |
| Account No. **1999  01 T 3237** <br><br> **F.R. c/o Geoffrey Budden, Esq.** <br> **184 Park Avenue** <br> **Mount Pearl, NL  A1N1K8** <br> **CANADA** | - | | | **Tort Claim** | | X | X | Unknown |
| Account No. <br><br> **FIA Card Services/Bank of Amer** <br> **PO Box 15102** <br> **Wilmington, DE 19886** | - | | | **Credit card purchases** | | | | 10,500.00 |
| Account No. **1999  01 T 3222** <br><br> **G.D. c/o Geoffrey Budden, Esq.** <br> **184 Park Avenue** <br> **Mount Pearl, NL  A1N1K8** <br> **CANADA** | - | | | **Tort Claim** | | X | X | Unknown |
| Account No. **GEB #69** <br><br> **G.G.S. c/o Geoffrey Budden** <br> **184 Park Avenue** <br> **Mount Pearl, NL  A1N1K8** <br> **CANADA** | - | | | **Tort Claim** | | X | X | Unknown |

Sheet no. **6**   of  **19**   sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)       10,500.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **The Christian Brothers' Institute**                                    Case No.    **11-22820 (RDD)**
_____
                                   Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **1999  01 T 3230**<br><br>**G.H. c/o Geoffrey Budden, Esq.**<br>**184 Park Avenue**<br>**Mount Pearl, NL  A1N1K8**<br>**CANADA** | - | | **Tort Claim** | | X | X | Unknown |
| Account No. **GEB #58**<br><br>**G.J.B. c/o Geoffrey Budden**<br>**184 Park Avenue**<br>**Mount Pearl, NL  A1N1K8**<br>**CANADA** | - | | **Tort Claim** | | X | X | Unknown |
| Account No.<br><br>**G.L. c/o Robert Buckingham**<br>**81 Bond Street**<br>**St. John's, NL A1C1T2**<br>**CANADA** | - | | **Tort Claim** | | X | X | Unknown |
| Account No. **1999  01 T 3240**<br><br>**G.S. c/o Geoffrey Budden, Esq.**<br>**184 Park Avenue**<br>**Mount Pearl, NL  A1N1K8**<br>**CANADA** | - | | **Tort Claim** | | X | X | Unknown |
| Account No. **09-2-11108-1 SEA**<br><br>**G.W.**<br>**c/o Rebecca Roe, Esq.**<br>**810 Third Avenue, Ste. 500**<br>**Seattle, WA 98104** | - | | **Tort Claim** | | X | X | Unknown |

Sheet no. **7** of **19** sheets attached to Schedule of          Subtotal          | 0.00
Creditors Holding Unsecured Nonpriority Claims                (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **The Christian Brothers' Institute**                                    Case No.    **11-22820 (RDD)**
_____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **09-2-11108-1 SEA**<br><br>G.W.<br>c/o Mark Leemon, Esq.<br>2505 Second Avenue, Ste. 610<br>Seattle, WA 98121 | | - | Tort Claim | | X | X | Unknown |
| Account No. **GEB #63**<br><br>H.G. c/o Geoffrey Budden, Esq.<br>184 Park Avenue<br>Mount Pearl, NL  A1N1K8<br>CANADA | | - | Tort Claim | | X | X | Unknown |
| Account No. **09-2-23995-9 SEA**<br><br>H.W.<br>c/o Michael T. Pfau, Esq.<br>701 5th Avenue, Suite 4730<br>Seattle, WA 98104 | | - | Tort Claim | | X | X | Unknown |
| Account No.<br><br>IPPC<br>PO Box 60144<br>King of Prussia, PA 19406 | | - | | | | | 560.00 |
| Account No. **1999  01 T 3226**<br><br>J.D.F. c/o Geoffrey Budden<br>184 Park Avenue<br>Mount Pearl, NL  A1N1K8<br>CANADA | | - | Tort Claim | | X | X | Unknown |

Sheet no. __8__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    **560.00**

B6F (Official Form 6F) (12/07) - Cont.

In re __The Christian Brothers' Institute__      Case No. __11-22820 (RDD)__

                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **1999  01 T 3225** <br><br> **J.F. c/o Geoffrey Budden, Esq.** <br> **184 Park Avenue** <br> **Mount Pearl, NL  A1N1K8** <br> **CANADA** | - | | **Tort Claim** | | X | X | Unknown |
| Account No. **1999  01 T 3227** <br><br> **J.F.F. c/o Geoffrey Budden** <br> **184 Park Avenue** <br> **Mount Pearl, NL  A1N1K8** <br> **CANADA** | - | | **Tort Claim** | | X | X | Unknown |
| Account No. **10-2-30752-4 SEA** <br><br> **J.H.** <br> **c/o Michael T. Pfau, Esq.** <br> **701 5th Avenue, Suite 4730** <br> **Seattle, WA 98104** | - | | **Tort Claim** | | X | X | Unknown |
| Account No. <br><br> **J.J.B. c/o Richard Rogers** <br> **102-104 Le Marchant Road** <br> **St. John's, NL A1C5W1** <br> **CANADA** | - | | **Tort Claim** | | X | X | Unknown |
| Account No. <br><br> **J.J.B. c/o Roebothan McKay** <br> **34 Harvey Road** <br> **St. John's, NL A1C5W1** <br> **CANADA** | - | | **Tort Claim** | | X | X | Unknown |

Sheet no. __9__ of __19__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **The Christian Brothers' Institute**                                    Case No.    **11-22820 (RDD)**
_____,
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **1999  01 T 3223** | | | | Tort Claim | | | | |
| J.J.E. c/o Geoffrey Budden 184 Park Avenue Mount Pearl, NL  A1N1K8 CANADA | - | | | | | X | X | Unknown |
| Account No. **1999  01 T 3228** | | | | Tort Claim | | | | |
| J.N.F. c/o Geoffrey Budden 184 Park Avenue Mount Pearl, NL  A1N1K8 CANADA | - | | | | | X | X | Unknown |
| Account No. **09-2-39247-1 SEA** | | | | Tort Claim | | | | |
| J.S. c/o Michael T. Pfau, Esq. 701 5th Avenue, Suite 4730 Seattle, WA 98104 | - | | | | | X | X | Unknown |
| Account No. **GEB #70** | | | | Tort Claim | | | | |
| J.S. c/o Geoffrey Budden, Esq. 184 Park Avenue Mount Pearl, NL  A1N1K8 CANADA | - | | | | | X | X | Unknown |
| Account No. **GEB #72** | | | | Tort Claim | | | | |
| J.W.S. c/o Geoffrey Budden 184 Park Avenue Mount Pearl, NL  A1N1K8 CANADA | - | | | | | X | X | Unknown |

Sheet no. __10__ of __19__ sheets attached to Schedule of                      Subtotal                    0.00
Creditors Holding Unsecured Nonpriority Claims                          (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **The Christian Brothers' Institute**                                    Case No.    **11-22820 (RDD)**
_____                                    _____
                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **09-2-39247-1 SEA** | | | | Tort Claim | | | | |
| K.A. c/o Michael T. Pfau, Esq. 701 5th Avenue, Suite 4730 Seattle, WA 98104 | - | | | | | X | X | Unknown |
| Account No. **GEB #73** | | | | Tort Claim | | | | |
| K.S. c/o Geoffrey Budden, Esq. 184 Park Avenue Mount Pearl, NL  A1N1K8 CANADA | - | | | | | X | X | Unknown |
| Account No. **GEB #75** | | | | Tort Claim | | | | |
| K.W. c/o Geoffrey Budden, Esq. 184 Park Avenue Mount Pearl, NL  A1N1K8 CANADA | - | | | | | X | X | Unknown |
| Account No. | | | | | | | | |
| Kenneth J. Lau 280 N. Central Avenue Suite 125 Hartsdale, NY 10530 | - | | | | | | | 90.00 |
| Account No. **10-2-30756-7 SEA** | | | | Tort Claim | | | | |
| L.B. c/o Michael T. Pfau, Esq. 701 5th Avenue, Suite 4730 Seattle, WA 98104 | - | | | | | X | X | Unknown |

Sheet no. __11__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            90.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **The Christian Brothers' Institute**                                   Case No.   **11-22820 (RDD)**
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **GEB #66** | | **Tort Claim** | | | | | | |
| **L.J.K. c/o Geoffrey Budden** **184 Park Avenue** **Mount Pearl, NL  A1N1K8** **CANADA** | - | | | | | X | X | **Unknown** |
| Account No. | | | | | | | | |
| **Lynn F. Field, PhD** **10721 Main Street** **#2350** **Fairfax, VA 22030** | - | | | | | | | **71.43** |
| Account No. **1999  01 T 3219** | | **Tort Claim** | | | | | | |
| **M.D. c/o Geoffrey Budden, Esq.** **184 Park Avenue** **Mount Pearl, NL  A1N1K8** **CANADA** | - | | | | | X | X | **Unknown** |
| Account No. | | **Tort Claim** | | | | | | |
| **M.H. c/o Robert Buckingham** **81 Bond Street** **St. John's, NL A1C1T2** **CANADA** | - | | | | | X | X | **Unknown** |
| Account No. | | | | | | | | |
| **Mark Donahue** **1457 W. Fletcher #1** **Chicago, IL 60657** | - | | | | | | | **491.80** |

Sheet no. __12__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           **563.23**

B6F (Official Form 6F) (12/07) - Cont.

In re    __The Christian Brothers' Institute_____    Case No. ___11-22820 (RDD)____
                                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | - | | | | | |
| National Catholic Educational 1005 N. Glebe Road, Ste 525 Arlington, VA 22201 | | | | | | | 41.00 |
| Account No. GEB #59 | | - | Tort Claim | | X | X | |
| O.C. c/o Geoffrey Budden, Esq. 184 Park Avenue Mount Pearl, NL  A1N1K8 CANADA | | | | | | | Unknown |
| Account No. 1999  01 T 3216 | | - | Tort Claim | | X | X | |
| P.B. c/o Geoffrey Budden, Esq. 184 Park Avenue Mount Pearl, NL  A1N1K8 CANADA | | | | | | | Unknown |
| Account No. 09-2-11108-1 SEA | | - | Tort Claim | | X | X | |
| P.C. c/o Rebecca Roe, Esq. 810 Third Avenue, Ste. 500 Seattle, WA 98104 | | | | | | | Unknown |
| Account No. 09-2-11108-1 SEA | | - | Tort Claim | | X | X | |
| P.C. c/o Mark Leemon, Esq. 2505 Second Avenue, Ste. 610 Seattle, WA 98121 | | | | | | | Unknown |

Sheet no. __13__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          41.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **The Christian Brothers' Institute**                                    Case No. __**11-22820 (RDD)**__

                                         Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **GEB #68**<br><br>**P.F.M. c/o Geoffrey Budden**<br>**184 Park Avenue**<br>**Mount Pearl, NL  A1N1K8**<br>**CANADA** | - | | **Tort Claim** | | X | X | **Unknown** |
| Account No. **1999 01 T 3238**<br><br>**P.StC. c/o Geoffrey Budden**<br>**184 Park Avenue**<br>**Mount Pearl, NL  A1N1K8**<br>**CANADA** | - | | **Tort Claim** | | X | X | **Unknown** |
| Account No. **1999  01 T 3221**<br><br>**R.D. c/o Geoffrey Budden, Esq.**<br>**184 Park Avenue**<br>**Mount Pearl, NL  A1N1K8**<br>**CANADA** | - | | **Tort Claim** | | X | X | **Unknown** |
| Account No.<br><br>**R.D. c/o William Collins**<br>**7 Church Hill**<br>**St. John's, NL A1C3Z7** | - | | **Tort Claim** | | X | X | **Unknown** |
| Account No. **GEB #61**<br><br>**R.F. c/o Geoffrey Budden, Esq.**<br>**184 Park Avenue**<br>**Mount Pearl, NL  A1N1K8**<br>**CANADA** | - | | **Tort Claim** | | X | X | **Unknown** |

Sheet no. __**14**__ of __**19**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                  0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **The Christian Brothers' Institute**                                           Case No.    **11-22820 (RDD)**
_____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **R.G.H. c/o Robert Buckingham** <br> **81 Bond Street** <br> **St. John's, NL A1C1T2** <br> **CANADA** | - | | | Tort Claim | | X | X | <br><br><br> Unknown |
| Account No. **1999  01 T 3231** <br><br> **R.J.H. c/o Geoffrey Budden** <br> **184 Park Avenue** <br> **Mount Pearl, NL  A1N1K8** <br> **CANADA** | - | | | Tort Claim | | X | X | <br><br><br> Unknown |
| Account No. **GEB #65** <br><br> **R.J.J. c/o Geoffrey Budden** <br> **184 Park Avenue** <br> **Mount Pearl, NL  A1N1K8** <br> **CANADA** | - | | | Tort Claim | | X | X | <br><br><br> Unknown |
| Account No. **1999  01 T 3251** <br><br> **R.J.P. c/o Geoffrey Budden** <br> **184 Park Avenue** <br> **Mount Pearl, NL  A1N1K8** <br> **CANADA** | - | | | Tort Claim | | X | X | <br><br><br> Unknown |
| Account No. **08-2-43603-9 SEA** <br><br> **R.P.** <br> **c/o Rebecca Roe, Esq.** <br> **810 Third Avenue, Ste. 500** <br> **Seattle, WA 98104** | - | | | Tort Claim | | X | X | <br><br><br> Unknown |

Sheet no. __15__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **The Christian Brothers' Institute**                                    Case No.    **11-22820 (RDD)**
                                    _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community — DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **08-2-43603-9 SEA**<br><br>R.P.<br>c/o Mark Leemon, Esq.<br>2505 Second Avenue, Ste. 610<br>Seattle, WA 98121 | | - | Tort Claim | | X | X | Unknown |
| Account No. **GEB #57**<br><br>R.P.B. c/o Geoffrey Budden<br>184 Park Avenue<br>Mount Pearl, NL  A1N1K8<br>CANADA | | - | Tort Claim | | X | X | Unknown |
| Account No. **1999  01 T 3220**<br><br>R.R.D. c/o Geoffrey Budden<br>184 Park Avenue<br>Mount Pearl, NL  A1N1K8<br>CANADA | | - | Tort Claim | | X | X | Unknown |
| Account No. **1999  01 T 3241**<br><br>R.S. c/o Geoffrey Budden, Esq.<br>184 Park Avenue<br>Mount Pearl, NL  A1N1K8<br>CANADA | | - | Tort Claim | | X | X | Unknown |
| Account No. **1999 01 T 3245**<br><br>R.W. c/o Geoffrey Budden, Esq.<br>184 Park Avenue<br>Mount Pearl, NL  A1N1K8<br>CANADA | | - | Tort Claim | | X | X | Unknown |

Sheet no. __16__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **The Christian Brothers' Institute**                              Case No.  __11-22820 (RDD)__
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W / J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Rev. Steven A. DeMartino**<br>**13A Emerson Avenue**<br>**Croton on Hudson, NY 10520** | | - | | | | | | 1,100.00 |
| Account No. <br><br> **Ridgewood Savings Bank**<br>**71-02 Forest Avenue**<br>**Ridgewood, NY 11385** | | - | | **2006**<br>**Guarantor of Loan** | | X | | 150,000.00 |
| Account No. 09-2-23995-9 SEA <br><br> **T.J.**<br>**c/o Michael T. Pfau, Esq.**<br>**701 5th Avenue, Suite 4730**<br>**Seattle, WA 98104** | | - | | **Tort Claim** | | X | X | Unknown |
| Account No. 09-2-11108-1 SEA <br><br> **T.M.**<br>**c/o Rebecca Roe, Esq.**<br>**810 Third Avenue, Ste. 500**<br>**Seattle, WA 98104** | | - | | **Tort Claim** | | X | X | Unknown |
| Account No. 09-2-11108-1 SEA <br><br> **T.M.**<br>**c/o Mark Leemon, Esq.**<br>**2505 Second Avenue, Ste. 610**<br>**Seattle, WA 98121** | | - | | **Tort Claim** | | X | X | Unknown |

Sheet no. __17__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          151,100.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **The Christian Brothers' Institute**                                Case No.    **11-22820 (RDD)**
_____
                                  Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **10-2-30756-7 SEA** | | | Tort Claim | | | | | | |
| **T.P.** c/o Michael T. Pfau, Esq. 701 5th Avenue, Suite 4730 Seattle, WA 98104 | - | | | | | | X | X | Unknown |
| Account No. | | | | | | | | | |
| **United Water** PO Box 371804 Pittsburgh, PA 15250 | - | | | | | | | | 319.36 |
| Account No. **1999 01 T 3247** | | | Tort Claim | | | | | | |
| **W.K.W. c/o Geoffrey Budden** 184 Park Avenue Mount Pearl, NL  A1N1K8 CANADA | - | | | | | | X | X | Unknown |
| Account No. **GEB #56** | | | Tort Claim | | | | | | |
| **W.Q. c/o Geoffrey Budden, Esq.** 184 Park Avenue Mount Pearl, NL  A1N1K8 CANADA | - | | | | | | X | X | Unknown |
| Account No. **09-2-39247-1 SEA** | | | Tort Claim | | | | | | |
| **W.S.** c/o Michael T. Pfau, Esq. 701 5th Avenue, Suite 4730 Seattle, WA 98104 | - | | | | | | X | X | Unknown |

Sheet no. __18__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    319.36

B6F (Official Form 6F) (12/07) - Cont.

In re    **The Christian Brothers' Institute**                                   Case No.    **11-22820 (RDD)**
_____
                                  Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community — DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **GEB #71**  <br><br>**W.S. c/o Geoffrey Budden, Esq.**<br>**184 Park Avenue**<br>**Mount Pearl, NL  A1N1K8**<br>**CANADA** | - | | **Tort Claim** | | X | X | **Unknown** |
| Account No. **1999 01 T 3246** <br><br>**W.W. c/o Geoffrey Budden, Esq.**<br>**184 Park Avenue**<br>**Mount Pearl, NL  A1N1K8**<br>**CANADA** | - | | **Tort Claim** | | X | X | **Unknown** |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. __19__ of __19__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **0.00**

Total (Report on Summary of Schedules)    **1,984,853.19**

B6G (Official Form 6G) (12/07)

In re    **The Christian Brothers' Institute**                                    Case No.    **11-22820 (RDD)**

                                                                                        Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| **Alltron**<br>2 Howland Dr.<br>Cross River, NY 10518 | **Alarm system contract for 33 Pryer Terrace** |
| **Alltron**<br>2 Howland Dr.<br>Cross River, NY 10518 | **Alarm system contract for 260 Wilmot Rd.** |
| **Bishop Kearney High School**<br>125 Kings Hwy<br>Rochester, NY 14617 | **Buildings & grounds lease for Bishop Kearney High School, 125 Kings Hwy S, Rochester, NY 14617** |
| **Canon Business Solutions**<br>300 Commerce Sq. Blvd.<br>Burlington, NJ 08016 | **Canon Copier** |
| **Castle Oil Corp.**<br>440 Mamaroneck Ave.<br>Harrison, NY 10528 | **Oil-burner contract for cleaning & maintaining 2 oil-burners at 21 Pryer and 33 Pryer** |
| **Conrad R. Catalano**<br>400 Warren Ave.<br>East Providence, RI 02914 | **Residential Real Property Lease at 400 Warren Ave., E. Providence, RI 02914** |
| **Garrett & Mary Naylor**<br>507 Horsecreek Dr.<br>Naples, FL 34110 | **Residential real property lease** |
| **GE Capital Corp**<br>1961 Hurst Dr.<br>Moberly, MO 65270 | **Xerox Copier** |
| **Metro Honda**<br>540 Route 440 N<br>Jersey City, NJ 07305 | **2 Car leases** |
| **Pitney Bowes**<br>120 Bloomingdale Rd.,<br>White Plains, NY 10605 | **Postage Machine** |
| **RC Church of the Archdiocese of New Orleans**<br>1000 Howard Ave., Suite 107<br>New Orleans, LA 70113 | **Residential real property lease for CB New Orleans community** |

**0**

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

In re    **The Christian Brothers' Institute**                                              Case No.   **11-22820 (RDD)**
_____,
Debtor

# SCHEDULE H - CODEBTORS

· Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **All Hallows Institute**<br>**111 East 164th Street**<br>**Bronx, NY 10452** | **Ridgewood Savings Bank**<br>**71-02 Forest Avenue**<br>**Ridgewood, NY 11385** |
| **Bishop Kearney High School**<br>**125 Kings Highway South**<br>**Rochester, NY 14617** | **Canandaigua National Bank**<br>**72 South Main Street**<br>**Canandaigua, NY 14424** |

**0**
_____ continuation sheets attached to Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Southern District of New York

In re   **The Christian Brothers' Institute**                                         Case No.   **11-22820 (RDD)**

Debtor(s)                                        Chapter   **11**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Vice-President of the Not-for-Profit Corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __**32**__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **June 7, 2011**                              Signature   **/s/ Brother Kevin Griffith**
                                                                  **Brother Kevin Griffith**
                                                                  **Vice-President**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.