**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re:<br><br>THE CHRISTIAN BROTHERS' INSTITUTE, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 11-22820 (RDD)<br><br>Jointly Administered |

**ORDER GRANTING MOTION OF THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS FOR AUTHORITY TO ASSERT, LITIGATE AND
SETTLE CLAIMS ON BEHALF OF BANKRUPTCY ESTATE RELATING TO
ALLEGED FRAUDULENT CONVEYANCE TO ALL HALLOWS INSTITUTE**

Upon consideration of the *Motion of the Official Committee of Unsecured Creditors for Authority to Assert, Litigate and Settle Claims on Behalf of Bankruptcy Estate Relating to Fraudulent Conveyance to All Hallows Institute* [Docket No. 302] (the "Motion")[1] filed by the Official Committee of Unsecured Creditors (the "Committee") of The Christian Brothers' Institute ("CBI") and The Christian Brothers of Ireland, Inc., the debtors and debtors in possession (collectively, the "Debtors") in the above-captioned cases; and the Court having considered CBI's objection [Docket No. 335] to the Motion, the Committee's reply in support of the Motion [Docket No. 339], the *Stipulation Regarding Hearing on Motion of Official Committee of Unsecured Creditors for Authority to Assert, Litigate and Settle Claims on Behalf of Bankruptcy Estate Relating to Fraudulent Conveyance to All Hallows Institute* [Docket No. 391], and the supplemental briefs filed by CBI [Docket No. 393] and the Committee [Docket No. 394]; and upon the record of the hearing held by the Court on the Motion; and the Court having determined that CBI's claims for avoidance and recovery of the All Hallows Transfer or the value thereof (the "Avoidance Claims") are colorable claims, and that the Committee's prosecution of the Avoidance Claims is likely to benefit CBI's bankruptcy estate; and the Court

---

[1] Capitalized terms not otherwise defined herein have the meanings ascribed to such terms in the Motion.

{Client/001718/BANK376/00525004.DOC;4 }
DOCS_LA:256835.1  14012-002
DOCS_NY:27956.2

having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C.

§§ 157(a) and 1334(b); and this being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and

venue being proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that

the relief requested in the Motion is in the best interests of the Committee, the Debtors and other

parties in interest; and the Committee having provided adequate and appropriate notice of the

Motion under the circumstances; and after due deliberation, and good and sufficient cause

appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1.      The Motion is GRANTED.

2.      The Committee is authorized to assert and litigate the Avoidance Claims on

behalf of CBI and its bankruptcy estate.

3.      The Committee is authorized to settle the Avoidance Claims on behalf of CBI and

its bankruptcy estate, subject to further approval from this Court pursuant to Rule 9019 of the

Federal Rules of Bankruptcy Procedure; provided, however, that nothing herein shall affect the

Debtor's rights to (a) be heard at any hearing to approve a settlement, and (b) seek to settle or

adjust the Avoidance Claims pursuant to a chapter 11 plan; and, provided further, however, that

nothing herein shall be construed to expand or limit the Debtor's, the Committee's, or any other

party's rights with respect to the foregoing.

4.      The Committee is authorized and empowered to take all actions necessary to

implement the relief granted in this Order.

{Client/001718/BANK376/00525004.DOC;4 }

-2-

DOCS_LA:256835.1 14012-002
DOCS_NY:27956.2

5.      This Court shall retain jurisdiction with respect to all matters arising from or

related to the implementation of this Order.

Dated:  White Plains, New York          /s/ Robert D. Drain
        August 23, 2012

                                        Hon. Robert D. Drain
                                        United States Bankruptcy Judge

{Client/001718/BANK376/00525004.DOC;4 }

DOCS_LA:256835.1 14012-002
DOCS_NY:27956.2