**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| THE CHRISTIAN BROTHERS' INSTITUTE, et al., | ) | Case No. 11-22820 (RDD) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |
| | ) | |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF THE CHRISTIAN BROTHERS' INSTITUTE AND THE CHRISTIAN BROTHERS OF IRELAND, INC., | ) ) ) ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Adv. Proc. No. 13-08229 (RDD) |
| v. | ) | |
| | ) | |
| ALL HALLOWS INSTITUTE, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

### DISCLOSURE STATEMENT PURSUANT TO RULE 7007.1

Pursuant to Rule 7007.1 of the Federal Rules of Bankruptcy Procedure, Defendant All Hallows Institute states that it has no parent corporation and that no publicly held corporation owns a 10 percent or greater equity interest in All Hallows Institute.

Dated: May 16, 2013
New York, New York

Respectfully submitted,

WHITE & CASE LLP

By: */s/ Andrew W. Hammond*
Andrew W. Hammond
Julia M. Winters
1155 Avenue of the Americas
New York, NY 10036-2787
(212) 819-8200
(212) 354-8113 (fax)

*Attorneys for All Hallows Institute*

NEWYORK 8844874 (2K)