**PATTERSON BUCHANAN FOBES & LEITCH, INC., P.S.**
2112 Third Avenue, Suite 500
Seattle, Washington 98121
(206) 462-6700
Michael A. Patterson, Esq., NYSBA Reg. No. 3615283
*Attorneys for the Corporation of the Catholic Archbishop of Seattle*
*Party-In-Interest*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| THE CHRISTIAN BROTHERS' INSTITUTE, et al., | : | Case No. 11-22820 (RRD) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

## NOTICE OF ADJOURNMENT OF HEARING

**PLEASE TAKE NOTICE** that the hearing on the Corporation of the Catholic Archbishop of Seattle's Motion to Compel Debtor Christian Brothers of Ireland, Inc.'s Compliance with the Order Authorizing the Archdiocese to Obtain Testimony and Documents Pursuant to Bankruptcy Rule 2004 (ECF No. 566) has been adjourned from **November 15, 2013 to January 9, 2014 at 10:00 a.m.** (the "Hearing").

**PLEASE TAKE FURTHER NOTICE** that the Hearing will be held before the Honorable Robert D. Drain at his courtroom on the 1st floor of the United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, White Plains, New York 12601.

//

//

//

//

DATED this 13th day of November, 2013.

**PATTERSON BUCHANAN FOBES & LEITCH, INC., P.S.**

_____s/ Michael A. Patterson_____
Michael A. Patterson,
NYSBA Reg. No. 3615283
2112 Third Avenue, Suite 500
Seattle, Washington 98121
Telephone:    (206) 462-6700
Facsimile:    (206) 462-6701
Email:  map@pattersonbuchanan.com
*Attorneys for the Corporation of the Catholic Archbishop of Seattle Party-In-Interest*