**REDACTED-ORIGINAL FILED UNDER SEAL**

PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Facsimile:  (212) 561-7777
James I. Stang, Esq. (admitted *pro hac vice*)
John A. Morris, Esq.
Ilan D. Scharf, Esq.

Counsel to The Christian Brothers' Institute and
The Christian Brothers of Ireland, Inc. Trust

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| THE CHRISTIAN BROTHERS' INSTITUTE, et al., | Case No. 11-22820 (RDD) |
| Debtors. | Jointly Administered |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF THE CHRISTIAN BROTHERS' INSTITUTE AND THE CHRISTIAN BROTHERS OF IRELAND, INC., | |
| Plaintiff, | |
| v. | Adv. Proc. No. 13-08229 (RDD) |
| ALL HALLOWS INSTITUTE, | |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                                            ) ss:
COUNTY OF NEW YORK   )

Olga Ginsburg, being duly sworn, affirms, deposes and says:

I am over the age of eighteen years, am employed by Pachulski Stang Ziehl & Jones LLP and am

not a party to the action herein.  On January 8, 2016, I caused the Notice of Hearing and Motion

of Trustee for Entry of An Order (I) Approving Settlement Agreement and (II) Authorizing Designation of All Hallows Institute As Participating Party Under Plan of Reorganization to be served upon the parties listed on the annexed Service List by regular mail, deposited with the United States Postal Service.

                                                                                                                                                                                                                   Olga Ginsburg

SWORN TO AND SUBSCRIBED before me this
  11th day of January, 2016

  */s/ G. Karen Brown*
G. KAREN BROWN
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01BR6159074
Qualified in Queens County
Commission Expires January 16, 2019

**REDACTED-ORIGINAL FILED UNDER SEAL**

# Service List

**REDACTED-ORIGINAL FILED UNDER SEAL**

# Exhibit A

**REDACTED-ORIGINAL FILED UNDER SEAL**

| | | |
|---|---|---|
| ALLTRON<br>2 HOWLAND DR.<br>CROSS RIVER, NY 10518 | BISHOP KEARNEY HIGH SCHOOL<br>125 KINGS HWY<br>ROCHESTER, NY 14617 | BISHOP KEARNEY HIGH SCHOOL<br>C/O CADWALADER,<br>WICKERSHAM & TAFT LLP ATTN:<br>MATTHEW OLIVER/JOSHUA WEISS<br>ONE WORLD FINANCIAL CENTER<br>NEW YORK, NY 10281 |
| BOND, SCHOENECK & KING PLLC. ATTN: TIMOTHY M. FITZGERALD, ESQ.<br>350 LINDEN OAKS STE. 310<br>ROCHESTER, NY 14625 | BROTHER RICE HIGH SCHOOL (CHICAGO, IL) C/O CADWALADER, WICKERSHAM & TAFT LLP ATTN: MATTHEW OLIVER/JOSHUA WEISS<br>ONE WORLD FINANCIAL CENTER<br>NEW YORK, NY 10281 | CANON BUSINESS SOLUTIONS<br>300 COMMERCE SQ. BLVD<br>BURLINGTON, NJ 08016 |
| CASTLE OIL CORP.<br>440 MAMARONECK AVE.<br>HARRISON, NY 1052 | CATHOLIC MEMORIAL SCHOOL C/O CADWALADER, WICKERSHAM & TAFT LLP ATTN: MATTHEW OLIVER/JOSHUA WEISS<br>ONE WORLD FINANCIAL CENTER NEW YORK, NY 10281 | CHRISTIAN BROTHERS FOUNDATION<br>33 PRYER TERRACE<br>NEW ROCHELLE, NY 10804 |
| COMMUNITY SUPPORT CORPORATION<br>10001 S. PULASKI CHICAGO, IL 60655 | CONRAD R. CATALANO<br>400 WARREN AVE.<br>EAST PROVIDENCE, RI 02914 | COUNTRY BANK<br>655 THIRD AVENUE<br>NEW YORK, NY 10017 |
| COUNTRY BANK<br>ATTN: JOHN KOMAR, CHIEF CREDIT OFFICER<br>655 THIRD AVENUE NEW YORK, NY 10017 | COUNTRY BANK<br>C/O PENACHIO MALARA, LLP ATTN: ANNE PENACHIO, ESQ.<br>235 MAIN STREET, SUITE 600A WHITE PLAINS, NY 10601 | GARRETT & MARY NAYLOR<br>507 HORSECREEK DR. NAPLES, FL 34110 |
| GE CAPITAL CORP<br>1961 HURST DR. MOBERLY, MO 65270 | IONA PREPARATORY HIGH SCHOOL<br>C/O CADWALADER, WICKERSHAM & TAFT LLP ATTN: MATTHEW OLIVER/JOSHUA WEISS<br>ONE WORLD FINANCIAL CENTER NEW YORK, NY 10281 | KONICA MINOLTA<br>500 W. MADISON SUITE 500 CHICAGO, IL 60606 |
| LERNER ARNOLD & WINSTON, LLP<br>475 PARK AVENUE SOUTH, 28TH FLOOR NEW YORK, NY 10016 | MARTIN WHALEN<br>18630 S. 81ST AVENUE<br>TINLEY PARK, IL 60487 | METRO HONDA<br>540 ROUTE 440 N<br>JERSEY CITY, NJ 07305 |

| | | |
|---|---|---|
| NYS DEPT. OF LABOR ATTN: DEBBIE ANZIANO UNEMPLOYMENT INSURANCE DIVISION STATE OFFICE CAMPUS BUILDING #12, ROOM 256 ALBANY, NY 12240 | PACIFIC IMDEMNITY CO. A SUBSIDIARY OF CHUBB & SON, INC. GROUP C/O GOODMAN & JACOBS, LLP 75 BROAD STREET, 30TH FLOOR NEW YORK, NY 10004 | PALMA SCHOOL C/O CADWALADER, WICKERSHAM & TAFT LLP ATTN: MATTHEW OLIVER/JOSHUA WEISS ONE WORLD FINANCIAL CENTER NEW YORK, NY 10281 |
| PITNEY BOWES 120 BLOOMINGDALE RD. WHITE PLAINS, NY 10605 | RC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS 1000 HOWARD AVE., SUITE 107 NEW ORLEANS, LA 70113 | RESSLER & TESH, PLLC ATTN: ALLEN M. RESSLER RE: SA CLAIM 429 821 - 2ND AVENUE, STE. 2200 SEATTLE, WA 98104 |
| RIDGEWOOD SAVINGS BANK 71-02 FOREST AVENUE RIDGEWOOD, NY 11385 | ST. LAWRENCE HIGH SCHOOL C/O CADWALADER, WICKERSHAM & TAFT LLP ATTN: MATTHEW OLIVER/JOSHUA WEISS ONE WORLD FINANCIAL CENTER NEW YORK, NY 10281 | THE CHRISTIAN BROTHERS' INSTITUTE 260 WILMONT ROAD NEW ROCHELLE, NY 10804 |
| THE CHRISTIAN BROTHERS OF IRELAND, INC. 10001 S. PULASKI ROOM 106 CHICAGO, IL 60655 | VINCENZO GRILLO C/O DANIEL S. ALTER, ESQ. 360 WESTCHESTER AVENUE #316 PORT CHESTER, NY 10573 | ALL HALLOWS INSTITUTE C/O WHITE & CASE LLP ATTN: ANDREW W. HAMMOND, JULIA M. WINTERS 1155 AVENUE OF THE AMERICAS NEW YORK, NY 10036-2787 |
| BERGAN CATHOLIC HIGH SCHOOL C/O CADWALADER, WICKERSHAM & TAFT LLP ATTN: MATTHEW OLIVER/JOSHUA WEISS ONE WORLD FINANCIAL CENTER NEW YORK, NY 10281 | BODMAN PLC THOMAS PAUL VAN DUSEN, ESQ. 201 W. BIG BEAVER ROAD SUITE 500 TROY, MI 48084 | BROTHER RICE HIGH SCHOOL (BLOOMFIELD HILLS, MI C/O CADWALADER, WICKERSHAM & TAFT LLP ATTN: MATTHEW OLIVER AND JOSHUA WEISS, ESQ. ONE WORLD FINANCIAL CENTER NEW YORK, NY 10281 |
| BROTHER RICE HIGH SCHOOL, INC. C/O KLESTADT & WINTERS, LLP ATTN: SEAN C. SOUTHARD, LAUREN C. KISS 570 SEVENTH AVENUE, 17TH FLOOR NEW YORK, NY 10018 | CENTER FOR MEDICARE AND MEDICAID SERVICES REGION 2 26 FEDERAL PLAZA, RM. 3800 NEW YORK, NY 10278 | CHARLES J. TAUNT & ASSOCIATES, PLLC ATTN: CHARLES J. TAUNT, DEAN R. NELSON, JR. 700 E. MAPLE RD., 2ND FLOOR BIRMINGHAM, MI 48009 |

**REDACTED-ORIGINAL FILED UNDER SEAL**

| | | |
|---|---|---|
| CORPORATION OF THE CATHOLIC ARCHBISHOP OF S C/O PATTERSON BUCHANAN FOBES LEITCH & KALZER ATTN: MICHAEL A. PATTERSON 2112 THIRD AVENUE, SUITE 500 SEATTLE, WA 98121 | COUNTRY BANK 655 THIRD AVENUE NEW YORK, NY 10017 | COUNTRY BANK C/O PENACHIO MALARA, LLP ATTN: ANNE PENACHIO, ESQ. 235 MAIN STREET, SUITE 600A WHITE PLAINS, NY 10601 |
| INTERSTATE FIRE & CASUALTY COMPANY C/O RIVKIN RADLER LLP ATTN: STUART I. GORDON, MATTHEW V. SPERO 926 RXR PLAZA UNIONDALE, NY 11556-0926 | IONA GRAMMAR SCHOOL C/O KASOWITZ, BENSON, TORRES & FRIEDMAN LL ATTN: MICHAEL J. BOWE, ESQ. 1633 BROADWAY NEW YORK, NY 10019 | IONA PREPARATORY SCHOOL C/O JAMES C. FREEMAN AND JOHN A. VERNI 111 CHURCH STREET WHITE PLAINS, NY 10601 |
| KLESTADT & WINTERS, LLP ATTN: SEAN C. SOUTHARD, LAUREN C. KISS 570 SEVENTH AVENUE, 17TH FLOOR NEW YORK, NY 10018 | LAW OFFICES OF JAMES S. ROGERS C/O LANE POWELL PC ATTN: CHARLES R. EKBERG 1420 FIFTH AVENUE SUITE 4100 SEATTLE, WA 98101-2338 | LEWIS DAY LAW FIRM ATTN: DAVID C. DAY 84 AIRPORT ROAD ST. JOHN'S, NL A1A 4Y3 CANADA |
| MONROE COUNTY TREASURER 39 W. MAIN ST., ROOM B-2 ROCHESTER, NY 14614 | NYS DEPT. OF LABOR ATTN: DEBBIE ANZIANO UNEMPLOYMENT INSURANCE DIVISION STATE OFFICE CAMPUS BUILDING #12, ROOM 256 ALBANY, NY 12240 | NYS UNEMPLOYMENT INSURANCE NYS DEPT. OF LABOR, INSOLVENCY UNIT GOV. AVERELL HARRIMAN STATE OFFICE BLDG. CAMP BUILDING 12, ROOM 256 ALBANY, NY 12240 |
| OFFICE OF THE UNITED STATES TRUSTEE SOUTHERN DISTRICT OF NEW YORK PAUL K. SCHWARTZBERG, ESQ. U.S. FEDERAL OFFICE BUILDING 201 VARICK STREET, SUITE 1006 NEW YORK, NY 10014 | PACIFIC IMDEMNITY CO. A SUBSIDIARY OF CHUBB & SON, INC. GROUP C/O TRESSLER LLP. ATTN: JOHN COLLEN/MARK D. CONZELMANN 233 S. WACKER DR. 22ND FLOOR CHICAGO, IL 60606 | PETER FRIEDMAN, ESQ. 700 6TH STREET, NW WASHINGTON, DC 20001 |
| SCHWABE WILLIAMSON & WYATT PC ATTN: RICHARD K. HANSEN, ESQ. 1211 SW FIFTH AVENUE, SUITE 1900 PORTLAND, OR 97204 | STATE OF NEW YORK - DEPT OF LABOR UNEMPLOYMENT INSURANCE DIVISION ATTN: JULIE BRAZIE GOV. W. AVERELL HARRIMAN STATE OFFICE BLDG. C BUILDING 12, ROOM 256 ALBANY, NY 12240 | TARTER KRINSKY & DROGIN LLP ATTN: ANTHONY DOUGHERTY & SCOTT MARKOWI 1350 BROADWAY, 11TH FLOOR NEW YORK, NY 10018 |

**REDACTED-ORIGINAL FILED UNDER SEAL**

| | | |
|---|---|---|
| THE CANANDAIGUA NATIONAL BANK AND TRUST COM C/O BOND, SCHOENECK & KING, PLLC<br>ATTN: INGRID S. PALERMO, ESQ., TIMOTHY M. FITZGE FRANCIS L. GORMAN, III, ESQ.<br>350 LINDEN OAKS, SUITE 310<br>ROCHESTER, NY 14625-2825 | U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES OFFICE OF THE GENERAL COUNSEL<br>26 FEDERAL PLAZA – ROOM 3908<br>NEW YORK, NY 10278 | UNITED STATES ATTORNEY'S OFFICE ATTN: BANKRUPTCY UNIT<br>86 CHAMBERS STREET, THIRD FLOOR<br>NEW YORK, NY 10007 |
| ROBERT BUCKINGHAM LAW OFFICES PLC RE: SA 232, 240, 249<br>ATTN: ROBERT W BUCKINGHAM<br>81 BOND STREET<br>ST JOHN'S, NL A1C 1T2<br>CANADA | AMERICAN HONDA FINANCE CORPORATION ATTN: BANKRUPTCY COLLECTOR<br>P.O. BOX 168088<br>IRVING TX 75016-8088 | AMERICAN HONDA FINANCE CORPORATION ATTN: BANKRUPTCY COLLECTOR<br>P.O. BOX 168088<br>IRVING TX 75016-8088 |
| ANDREW F. KELLY<br>275 NORTH STREET<br>HARRISON, NY 10528 | BERNARD HO<br>DAMIEN MEMORIAL SCHOOL<br>1401 HOUGHTAILING STREET<br>HONOLULU, HI 96817 | CHRISTIAN BROS - ALL SAINTS<br>33 PRYER TERRACE<br>NEW ROCHELLE, NY 10804 |
| CHRISTIAN BROS - IL<br>5550 WEST 87TH STREET<br>BURBANK, IL 60459 | CHRISTIAN BROS - IONA GRAMMAR<br>173 STRATTON ROAD<br>NEW ROCHELLE, NY 10804 | CHRISTIAN BROS - LOS HERMANOS<br>PO BOX 716<br>BONITA SPRINGS, FL 34133 |
| CHRISTIAN BROTHERS FOUNDATION<br>33 PRYER TERRACE<br>NEW ROCHELLE, NY 10804 | COMMUNITY SUPPORT CORPORATION C/O BR. PATRICK HAYES<br>5550 WEST 87TH STREET<br>CHICAGO, IL 60459 | COMMUNITY SUPPORT CORPORATION C/O RUFF WEIDEMAAR REIDY, LTD. ATTN: STEPHEN L. RUFF, JR.<br>222 NORTH LASALLE STREET<br>CHICAGO, IL 60601 |
| CON EDISON PO BOX 1702<br>NEW YORK, NY 10116 | CONGREGATION OF NOTRE DAME<br>3335 COUNTRY CLUB ROAD<br>BRONX, NY 10465 | CONSOLIDATED EDISON COMPANY OF NEW YORK, IN ATTN: GALE D. DAKERS<br>4 IRVING PLACE,<br>ROOM 1875-S<br>NEW YORK, NY 10003 |

**REDACTED-ORIGINAL FILED UNDER SEAL**

| | | |
|---|---|---|
| EDMUND RICE CHRISTIAN BROTHERS<br>4219 CONSTANCE ST.<br>NEW ORLEANS, LA 70115 | FIA CARD SERVICES, NA AS SUCCESSOR IN INTEREST TO BANK OF AMERICA NA AND MBNA AMERICA BANK ATTN: BLAKE HOGAN<br>PO BOX 15102<br>WILMINGTON, DE 19886-5102 | IPPC<br>PO BOX 60144<br>KING OF PRUSSIA, PA 19406 |
| JOSEPH ALOYSIUS LYNCH III<br>5239 EAST MARCONI AVE.<br>SCOTTSDALE, AZ 85254 | KENNETH J. LAU<br>280 N. CENTRAL AVENUE SUITE 40<br>HARTSDALE, NY 10530-1836 | LYNN F. FIELD, PHD<br>11204 WAPLES MILL RD FAIRFAX, VA 22030-6036 |
| MARK DONAHUE<br>1457 W. FLETCHER #1<br>CHICAGO, IL 60657 | NATIONAL CATHOLIC EDUCATIONAL<br>1005 N. GLEBE ROAD, STE 525<br>ARLINGTON, VA 22201 | PARALLAX CENTER, INC ATTN: JANE MARIN<br>145 E. 32 ST 6FL<br>NEW YORK, NY 10016 |
| REV. STEVEN A. DEMARTINO<br>13A EMERSON AVENUE<br>CROTON ON<br>HUDSON, NY 10520 | WILLIAM M. WURTZ<br>C/O JEFF ANDERSON & ASSOCIATES, P.A. ATTN: JEFF ANDERSON<br>366 JACKSON STREET<br>SUITE 100<br>SAINT PAUL, MN 55101 | UNITED WATER PO BOX 371804<br>PITTSBURGH, PA 15250 |
| AMERICAN HONDA FINANCE CORPORATION ATTN: BANKRUPTCY COLLECTOR<br>P.O. BOX 168088<br>IRVING TX 75016-8088 | CANANDAIGUA NATIONAL BANK ATTN: ANN M. LYON<br>72 SOUTH MAIN STREET<br>CANANDAIGUA, NY 14424 | BR. ANTHONY MURPHY, ET AL.<br>742 MONROE AVENUE ELIZABETH, NJ 07201 |
| CORP. OF THE CATHOLIC ARCHBISHOP OF SEATTLE C/O PATTERSON BUCHANAN FOBES & LEITCH INC., P. ATTN: MICHAEL A. PATTERSON<br>2112 THIRD AVENUE, SUITE 500<br>SEATTLE, WA 98121 | PACIFIC INDEMNITY COMPANY<br>C/O TRESSLER LLP<br>ATTN: JOHN COLLEN, ESQ.<br>233 S. WACKER DR.<br>22ND FLOOR<br>CHICAGO, IL 60606 | SCHROETER GOLDMARK & BENDER ATTN: REBECCA J ROE<br>810 3RD AVE<br>SUITE 500<br>SEATTLE, WA 98104 |

**REDACTED-ORIGINAL FILED UNDER SEAL**

**Exhibit B**

**REDACTED-ORIGINAL FILED UNDER SEAL**



**REDACTED-ORIGINAL FILED UNDER SEAL**

